**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**CAINAN RASHEEM ELLIS,**

**Plaintiff,**

**v.**

**SPECIAL AGENT LINDSEY SMITH, et al.,**

**Defendants.**

**CIVIL ACTION NO. 5:26-cv-240 (MTT)**

**ORDER**

United States Magistrate Judge Charles H. Weigle recommends transferring Defendant Cainan Rasheem Ellis's Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF 1) to the Brunswick Division of the United States District Court for the Southern District of Georgia. The Plaintiff has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error. The Court has reviewed the Magistrate Judge's Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (ECF 7) is **ADOPTED** and made the order of the Court.

**SO ORDERED**, this 1st day of September, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT